FILED

JUL - 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,      )   I N F O R M A T I O N
                               )
            Plaintiff,         )
                               )
      v.                       )   CASE NO.  5:25CR00329
                               )
JILANI TASNEM AHAD,            )   Title 18, United States Code,
                               )   Section 201(b)(1)
            Defendant.         )
                               )   JUDGE NUGENT
                               )   MAG. JUDGE ARMSTRONG

COUNT 1
(Bribery, 18 U.S.C. § 201(b)(1))

The Acting United States Attorney charges:

From in or around September 2021 to in our around October 2023, in the Northern District of Ohio and elsewhere, Defendant, JILANI TASNEM AHAD, directly and indirectly did corruptly give, offer, and promise a thing of value to a public official, with intent to influence an official act, that is AHAD did agree to give, offer, and promise cash payments to J.R. on behalf of a company, in return for influencing the performance of official acts while J.R. was employed at the United States Postal Service.

In violation of Title 18, United States Code, Section 201(b)(1).

CAROL M. SKUTNIK
Acting United States Attorney

By: _David M. T_____
DAVID M. TOEPFER, CHIEF
Akron/Youngstown Branch